JS-6

**FILED**
SEP - 2 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED KUNIK, an individual, as Trustee for the Fred Kunik Family Trust; and IRVING BARR, an individual, as Trustee for the Irving Barr Living Trust,<br><br>  Plaintiffs,<br><br>vs.<br><br>EURONET PAYMENTS, & REMITTANCE, INC., a North Carolina corporation; and EURONET WORLDWIDE, INC., a Delaware corporation,<br><br>  Defendants. | Case No.  CV 09-5129 JST (CWx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

# ORDER

Pursuant to Federal Rule of Civil Procedure 41 and the Stipulation to Order of Dismissal with Prejudice entered into by and between Plaintiffs FRED KUNIK, an individual, as Trustee for the Fred Kunik Family Trust, and IRVING BARR, an individual, as Trustee for the Irving Barr Living Trust (collectively, "Plaintiffs"), on the one hand, and Defendants EURONET PAYMENTS & REMITTANCE, INC. and EURONET WORLDWIDE, INC. (collectively, "Defendants"), on the other hand, this Action and all claims and counterclaims in it are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: SEP - 2 2010

_____
United States District Judge

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles
New York

1

ORDER FOR DISMISSAL WITH PREJUDICE – CASE NO. CV-09-5129-JST

Submitted by

MANATT, PHELPS & PHILLIPS, LLP
Craig S. Rutenberg (CA Bar # 205309)
Viral H. Mehta (CA Bar # 261852)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Kimo S. Peluso (Pro Hac Vice)
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

Attorneys for Plaintiffs and Counter-Defendants
FRED KUNIK and IRVING BARR


SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Amy E. Rose (CA Bar # 222167)
Julie E. Schwartz (CA Bar # 260624)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for EURONET PAYMENTS & REMITTANCE, INC. and
EURONET WORLDWIDE, INC.

200030507.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES
NEW YORK

2

ORDER FOR DISMISSAL WITH PREJUDICE – CASE NO. CV-09-5129-JST